**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN   DIVISION


|                                         |     |                        |
|-----------------------------------------|-----|------------------------|
|                                         | *   |                        |
| B. GAIL BURNS, ET AL.                   | *   |                        |
|                                         | *   |                        |
| Plaintiffs                              | *   |                        |
|                                         | *   |                        |
| VS.                                     | *   | NO: 4:07CV00535   SWW  |
|                                         | *   |                        |
| UNIVERSAL CROP PROTECTION               | *   |                        |
| ALLIANCE, ET AL.                        | *   |                        |
|                                         | *   |                        |
| Defendants                              | *   |                        |
|                                         | *   |                        |


**<u>ORDER</u>**

On March 31, 2009, the Court held a telephone conference in this case regarding Plaintiffs' motion to quash subpoenas issued by Defendant Universal Crop Protection Alliance to third-party banking institutions.  For the reasons stated by the Court during the telephone conference the Court finds that (1) Plaintiffs have standing to bring the motion to quash;  (2) the documents sought contain confidential financial information that is not privileged or otherwise protected from discovery; and (3) the documents sought are  discoverable under Fed. R. Civ. P. 26(b)(1).   The Court further finds that any records or documents produced under the aforementioned subpoenas are confidential and will be subject to the parties' agreed protective order.

IT IS THEREFORE ORDERED that Plaintiffs' motion to quash (docket entry #156) is DENIED.  However, the Court orders that any records or documents produced under the

subpoenas dated March 3, 2009 issued by Defendant Universal Crop Protection Alliance to

banking institutions are confidential and governed by the parties' agreed protective order.  The

parties are directed to file within 10 days from the entry of this order  an amended agreed

protective order that encompasses the aforementioned documents and records.

IT IS SO ORDERED THIS 1ST   DAY OF April 2009.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE